
MARTIN C. FLIESLER (SBN 073768) (Email: mcf@fdml.com)
MELISSA L. BASCH (SBN 190374) (Email: mbasch@fdml.com)
ERIC N. HOOVER (SBN 171756) (Email: ehoover@fdml.com)
FLIESLER MEYER LLP
Four Embarcadero Center, Fourth Floor
San Francisco, California 94111
Telephone: (415) 362-3800
Facsimile (415) 362-2928

Attorneys for Plaintiff RSVP OPERATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RSVP OPERATIONS LLC, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>REFLEX PACKAGING INC., a California Corporation,<br><br>Defendants. | Civil Action No.: 06-00299 JL<br><br>***EX PARTE* MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND [PROPOSED] ORDER** |

Plaintiff RSVP Operations LLC ("RSVP") moves the Court *ex parte* to continue the Case Management Conference ("CMC") pursuant to Civ. L.R. 16(2)(d), currently scheduled for June 7, 2006 at 10:30 a.m., and disclosures pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rule 26(f) ("Rule 26(f) Disclosures"), currently due May 31, 2006. RSVP respectfully requests that the CMC be re-scheduled to June 28, 2006 at 10:30 a.m., and the Rule 26(f) Disclosures to June 21, 2006.

1

*Ex Parte* MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCLOSURES PURSUANT TO F.R.C.P. 26(f) AND [PROPOSED] ORDER
Case # C-06-00299 JL

## FACTS

RSVP filed its Complaint in the above-captioned matter on January 17, 2006, but did not serve the Summons and Complaint on Defendant Reflex Packaging, Inc. ("Reflex") until May 9, 2006. The Proof of Service of same was filed with this court on May 11, 2006 (Dkt. No. 8). RSVP delayed serving the Summons and Complaint to allow the parties to attempt to resolve their differences without the Court's intervention. The parties were unable to resolve those differences, leaving RSVP no alternative but to serve the Summons and Complaint.

Defendant Reflex's Answer is due May 30, 2006, and to date, Reflex has not answered early. Because Reflex is not yet properly before this Court, RSVP has not yet met and conferred with counsel for Reflex regarding the CMC or the Rule 26(f) Disclosures.

The CMC is currently scheduled on June 7, 2006, at 10:30 a.m. The deadline for disclosures pursuant to F.R.C.P. Rule 26(f) is May 31, 2006—only one day after Reflex's Answer is due. RSVP accordingly moves this Court to continue the date for the CMC to June 28, 2006 and the Rule 26(f) disclosures to June 21, 2006, to allow Reflex an opportunity to appear and file its Answer on or before May 30, 2006. The Joint CMC Statement would then be due June 21, 2006, together with the report of the parties' Rule 26(f) conference.

## CONCLUSION

Based on the foregoing, plaintiff moves this Court *ex parte* to issue an order continuing the date of the currently scheduled CMC to June 28, 2006 at 10:30 a.m. and the due date for the Rule 26(f) Disclosures and Joint CMC Statement to June 21, 2006.

2

*Ex Parte* MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCLOSURES PURSUANT TO F.R.C.P. 26(f) AND [PROPOSED] ORDER
Case # C-06-00299 JL

Respectfully submitted, this the 24th day of May, 2006.

FLIESLER MEYER LLP

BY: /s/ Melissa L. Basch

Martin C. Fliesler
Melissa L. Basch
Eric N. Hoover
Fliesler Meyer LLP
Four Embarcadero Center, 4th Floor
San Francisco, California 94111
(415) 362-3800

Attorneys for Plaintiff
RSVP Operations LLC

IT IS SO ORDERED

Date: May 25, 2006

HONORABLE _____
UNITED STATES CHIEF MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

3

*Ex Parte* MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCLOSURES PURSUANT TO F.R.C.P. 26(f) AND [PROPOSED] ORDER
Case # C-06-00299 JL