IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RSVP OPERATIONS LLC, a California Corporation,

        Plaintiff,

  v.

REFLEX PACKAGING, INC., a California Corporation,

        Defendant.

No. C 06-00299 WHA

**ORDER OF RECUSAL**

      I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

      All pending dates of case management conferences, motions, pretrial conferences and trial are hereby **VACATED** and are to be reset by the newly-assigned judge.

      **IT IS SO ORDERED.**

Dated: June 2, 2006.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE