1  MICHAEL M. CARLSON (CA SBN 88048)
   WILL B. FITTON (CA SBN 182818)
2  MCarlson@mofo.com
   WFitton@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant and Counterclaimant
   REFLEX PACKAGING INC.
7

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

12  RSVP OPERATIONS LLC, a California Corporation,

Case No. C 06-0299 JSW

13
                Plaintiff and
14              Counterdefendant,

**STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

15      v.

16

17  REFLEX PACKAGING INC., a California Corporation,

18  Defendant and Counterclaimant.

19

20      ReFlex Packaging Inc. ("ReFlex") respectfully requests that the initial case management

21  conference in this case be rescheduled from January 12, 2007 at 1:30 p.m., to January 19, 2007 at

22  1:30 p.m. (or such other time the afternoon of January 19 as may be convenient to the Court). The

23  reason for the request is that counsel for Reflex has previously scheduled travel plans that create a

24  scheduling conflict with the January 5 filing deadline for the case management conference statement.

25  Counsel for RSVP Operations LLC ("RSVP") has agreed that the initial case management

26  conference may be postponed by one week to January 19, 2007. Counsel for RSVP does not agree to

27  a postponement of greater than one week.

28

**STIPULATION AND PROPOSED ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE**
**Case No. C 06-0299 JSW**                1
sf-2244878

The parties further propose that if the case management conference is rescheduled for January 19, 2007, the case management conference statement is to be filed on or before January 12, one week after the currently-scheduled filing date.

SO STIPULATED:

Dated: December 19, 2006

MICHAEL M. CARLSON
WILL B. FITTON
MORRISON & FOERSTER LLP

By: /s/ Michael M. Carlson
        Michael M. Carlson

Attorneys for Defendant and Counterclaimant
REFLEX PACKAGING INC.

Dated: December 19, 2006

MARTIN C. FLIELSER
FLIESLER MEYER LLP

By: /s/ Martin C. Fliesler
        Martin C. Fliesler

Attorneys for Plaintiff and Counterdefendant
RSVP OPERATIONS LLC

IT IS SO ORDERED:

Dated: December 20, 2006

_____
U.S. District Court Judge

**GENERAL ORDER 45 ATTESTATION**

I, Will B. Fitton, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING INITIAL CASE

**STIPULATION AND ~~PROPOSED~~ ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE**
Case No. C 06-0299 JSW
sf-2244878

2