1  MARTIN C. FLIESLER (SBN 073768) (Email: mcf@fdml.com)
   REX HWANG (SBN 221079) (Email: rhwang@fdml.com)
2  JUSTAS GERINGSON (SBN 240182) (Email: jgeringson@fdml.com)
   FLIESLER MEYER LLP
3  650 California St., 14th Floor
   San Francisco, California 94108
4  Telephone: (415) 362-3800
   Facsimile (415) 362-2928
5
   Attorneys for Plaintiff RSVP OPERATIONS LLC
6
   WILL B. FITTON (SBN 182818) (Email: WFitton@mofo.com)
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

10 Attorneys for Defendant and Counterclaimant
   REFLEX PACKAGING INC.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | RSVP OPERATIONS LLC, a California | Civil Action No.: 06-00299 JSW
   | Corporation;
17 |
   |          Plaintiff,
18 |
   |    vs.                              | **STIPULATION AND ORDER OF**
19 |                                      | **DISMISSAL WITHOUT PREJUDICE**
   | REFLEX PACKAGING INC., a
20 | California Corporation,
21 |
   |          Defendants.
22

23

24

25

                                          1

**Stipulation of Dismissal Without Prejudice**
Case # C-06-00299 JSW

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: February 21, 2007    FLIESLER MEYER LLP

BY: /s/ Martin C. Fliesler
Martin C. Fliesler
Rex Hwang
Justas Geringson
Attorneys for Plaintiff
RSVP OPERATIONS LLC

DATED: February 21, 2007    MORRISON & FOERSTER LLP

BY: /s/ Will B. Fitton
Will B. Fitton
Attorneys for Defendant
REFLEX PACKAGING INC.

**IT IS SO ORDERED.**

DATE: February 21, 2007

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

Stipulation of Dismissal Without Prejudice
Case # C-06-00299 JSW